FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FEB 1 2 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr32-MEF |
| ) | [18 U.S.C. § 1546(a); |
| FLORENTINA AVILES-ROSALES ) | 42 U.S.C. § 408(a)(7)(B); |
| ) | 18 U.S.C. § 1028A(a)(1)] |
| ) | |

The Grand Jury charges:

### COUNT 1

1. On or about on January 5, 2006, in Montgomery, Alabama, in the Middle District of Alabama, the defendant,

**FLORENTINA AVILES-ROSALES,**

did knowingly utter, use, and attempt to use an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a).

### COUNT 2

2. On or about on January 5, 2006, in Montgomery, Alabama in the Middle District of Alabama, the defendant,

**FLORENTINA AVILES-ROSALES,**

did knowingly and with intent to deceive, falsely represent a number to be the Social

Security account number assigned to her by the Commissioner of Social Security when in fact such is not the Social Security account number assigned to her by the Commissioner.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 3

3. The allegations set forth in paragraphs 1 through 2 of this Indictment are hereby realleged as if set forth herein.

4. On or about January 5, 2006, in Montgomery, Alabama in the Middle District of Alabama, the defendant,

**FLORENTINA AVILES-ROSALES,**

during and in relation to an enumerated felony, namely, fraudulent use of a Social Security account number as charged in Count 2 of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, a social security number ending in the last four digits 6686.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 4

5. On or about on March 8, 2007, in Montgomery, Alabama, in the Middle District of Alabama, the defendant,

**FLORENTINA AVILES-ROSALES,**

did knowingly utter, use, and attempt to use an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely

made and unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT 5

6.  On or about on March 8, 2007, in Montgomery, Alabama in the Middle District of Alabama, the defendant,

**FLORENTINA AVILES-ROSALES,**

did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to her by the Commissioner of Social Security when in fact such is not the Social Security account number assigned to her by the Commissioner.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 6

7.  The allegations set forth in paragraphs 1 through 6 of this Indictment are hereby realleged as if set forth herein.

8.  On or about March 8, 2007, in Montgomery, Alabama in the Middle District of Alabama, the defendant,

**FLORENTINA AVILES-ROSALES,**

during and in relation to an enumerated felony, namely, fraudulent use of a Social Security account number as charged in Count 5 of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, a social security number ending in the last four digits 6686.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

*Marie A. Helling*
Foreperson

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney