IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:08CR32-MEF |
| | ) | |
| FLORENTINA AVILES-ROSALES | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____February 27, 2008_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

Florentina Aviles-Rosales

before the United States District Court at _____One Church Street, Montgomery, AL_____

in Courtroom 5-A on the __27th__ Day of _____February, 2008_____

at _____10:30 a.m.._____

DONE this 14th Day of February, 2008.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

c:   U.S. Attorney
     U. S. Pretrial Services
     U. S. Probation