IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:08-cr-32-MEF |
| ) | |
| FLORENTINA AVILES-ROSALES ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Florentina Aviles-Rosales, into the custody of David Henderson, ICE, and/or Blake Diamond, ICE, from February 25, 2008, through May 25, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing David Henderson, ICE, and/or Blake Diamond, ICE, to return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Respectfully submitted this the 22nd of February, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-32-MEF |
| | ) | |
| FLORENTINA AVILES-ROSALES | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

    LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-32-MEF |
| | ) | |
| FLORENTINA AVILES-ROSALES | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on February 22, 2008, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Florentina Aviles-Rosales, to David Henderson, ICE, and/or Blake Diamond, ICE, on February 25, 2008, through May 25, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that David Henderson, ICE, and/or Blake Diamond, ICE, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

DONE this the _____ day of February 22, 2008.

                                                                                                              _____
                                                                                                              WALLACE CAPEL, JR.
                                                                                                              UNITED STATES MAGISTRATE JUDGE