IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:08-cr-32-MEF |
| ) | |
| FLORENTINA AVILES-ROSALES ) | |

**ORDER ON MOTION**

Upon consideration of the Government's Motion for Release of Prisoner (Doc. #13), filed on February 22, 2008, and for good cause, it is

ORDERED that the motion (Doc. #13) is GRANTED. It is further

ORDERED that the United States Marshals Service release custody of Florentina Aviles-Rosales, to David Henderson, ICE, and/or Blake Diamond, ICE, on February 25, 2008, through May 25, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is further

ORDERED that David Henderson, ICE, and/or Blake Diamond, ICE, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

DONE this 22nd day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE